**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WILLIAM SKEWES-COX,<br><br>  *Plaintiff,*<br><br>v.<br><br>GEORGETOWN UNIVERSITY LAW CENTER, *and*<br><br>UNITED STATES DEPARTMENT OF EDUCATION,<br><br>  *Defendants*. | Civil Action No. 22-cv-818 (CJN) |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that the Defendant United States Department of Education's Motion to Dismiss, ECF No. 15, is **GRANTED**; it is further

**ORDERED** that the Defendant Georgetown University Law Center's Motion to Dismiss, ECF No. 21, is **GRANTED.**

This action is dismissed without prejudice.

This is a final appealable order. The Clerk is directed to terminate this case.

DATE: March 5, 2024

                      
CARL J. NICHOLS
United States District Judge

1